UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 36143
    LULA B PARKER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5116

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/29/2004 and was confirmed 12/22/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  59.00%.

      The case was paid in full 01/25/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 1108.15 | .00 | 653.81 |
| CAPITAL ONE BANK | UNSECURED | 1131.46 | .00 | 667.56 |
| CAPITAL ONE BANK | UNSECURED | 860.59 | .00 | 507.75 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 625.26 | .00 | 368.90 |
| AT & T BANKRUPCTY | UNSECURED | 452.57 | .00 | 267.02 |
| COLLECTION BUREAU OF AME | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 877.92 | .00 | 517.97 |
| EMERGE MASTERCARD | UNSECURED | 576.91 | .00 | 340.38 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 668.68 | .00 | 394.52 |
| SPRINGBOARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 833.85 | .00 | 491.97 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,400.00 | | 2,400.00 |
| TOM VAUGHN | TRUSTEE | | | 381.32 |
| DEBTOR REFUND | REFUND | | | 127.88 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,119.08 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 4,209.88 |
| ADMINISTRATIVE | | 2,400.00 |
| TRUSTEE COMPENSATION | | 381.32 |
| DEBTOR REFUND | | 127.88 |
| | --------------- | --------------- |
| TOTALS | 7,119.08 | 7,119.08 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____

                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 04 B 36143 LULA B PARKER